Respond to: Dale Scott Heineman - A Natural Man
            c/o DALE SCOTT HEINEMAN 12152-081
            FEDERAL CORRECTIONAL INSTITUTE
            3600 GUARD RD.
            LOMPOC CA 93436

Presented by: KURT F. JOHNSON - NEXT OF FRIEND



FILED
JUN - 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| DALE SCOTT HEINEMAN, | ) | No: CV 08 2461 CW |
| Petitioner, | ) | NOTICE OF DEFAULT |
| v. | ) | |
| UNITED STATES OF AMERICA, JUDGE WILLIAM H. ALSUP, CHARLES DAVID HALL, | ) | |
| Respondents. | ) | |

This is to inform the clerk, the court, and the public that this court is in default of the Habeas Corpus Act by failing to prove up jurisdiction in the statutory allotted time of 20 days from service upon the record. The maximum allowed by congress. THIS COURT IS IN DEFAULT AND WITHOUT JURISDICTION.

Dated: June 5, 2008

By:_____
By: DALE SCOTT HEINEMAN-FICTION-PETITIONER
    UNDER RESERVE - WITHOUT RECOURSE
By: KURT F. JOHNSON-NEXT OF FRIEND