IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00611 WHA |
| Plaintiff, | No. C 08-02461 WHA |
| v. | |
| DALE SCOTT HEINEMAN, | **ORDER RE DEFENDANT HEINEMAN'S SECTION 2255 MOTION** |
| Defendant. | |

This action was designated as a Section 2255 motion and transferred to the sentencing court. Because the sentencing court must hear a Section 2255 motion challenging the sentence it imposed, this order requests that the clerk also **RE-FILE** defendant Heineman's "petition for writ of habeas corpus by person in federal custody" in the earlier criminal action, *United States of America v. Heineman et al.*, CR 05-00611 WHA.

**IT IS SO ORDERED.**

Dated: July 15, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HEINEMAN,

        Plaintiff,

v.

UNITED STATES OF AMERICA,

        Defendant.
                                                /

Case Number: CV08-02461 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 15, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dale Scott Heineman
12152-081
3600 Guard Rd.
Lompoc, CA 93436

Dated: July 15, 2008

                                        Richard W. Wieking, Clerk
                                        By: Dawn Toland, Deputy Clerk