United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

DALE SCOTT HEINEMAN,

      Defendant.

                             /

No. C 08-02461 WHA

**ORDER DENYING
KURT JOHNSON'S MOTION TO
CONSOLIDATE CASES**

On May 24, 2010, Kurt Johnson filed a motion to consolidate cases in case number 3:08-cv-02461. That case number was opened when defendant Dale Scott Heineman filed a petition to vacate the sentence imposed against him by this Court. That petition was subsequently resolved in case number 3:05-cr-00611. Meanwhile, Johnson is not a party to case number 3:08-cv-02461. Regardless, the criminal case of Heineman and Johnson and all of the attending civil cases were related before this Court. All of them are resolved. Lastly, the case that Kurt Johnson's "motion" seeks to consolidate is "08-2362," which is an immigration-related action that has nothing to do with either Heineman or Johnson. Kurt Johnson's motion to consolidate cases is **DENIED**.

    **IT IS SO ORDERED.**

Dated: September 13, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE